| # United States Bankruptcy Court<br>## Northern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nader Andre, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA King David's Restaurant; FDBA King David's Downtown** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1336599** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**317 Towne Drive**<br>**Fayetteville, NY** | | Street Address of Joint Debtor (No. and Street, City, and State): | |
|---|---|---|---|
| | ZIP Code<br>**13066** | | ZIP Code |

| County of Residence or of the Principal Place of Business:<br>**Onondaga** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**6 Drumlins Terrace**<br>**Syracuse, NY** | | Mailing Address of Joint Debtor (if different from street address): | |
|---|---|---|---|
| | ZIP Code<br>**13224** | | ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **317 Towne Drive**<br>**Fayetteville, NY 13066** |
|---|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**<br>(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**<br>(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nader Andre, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Nader Andre, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Edward J. Fintel, Esq.** _____
Signature of Attorney for Debtor(s)

**Edward J. Fintel, Esq. 506268**
Printed Name of Attorney for Debtor(s)

**Edward J. Fintel & Associates**
Firm Name
**PO Box 6451**
**Syracuse, NY 13217-6451**

_____
Address

                                  **Email: ejfintel@aol.com**
**315-424-8252  Fax: 315-424-7990**
Telephone Number

**August 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Nader A. Hatem** _____
Signature of Authorized Individual

**Nader A. Hatem**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 14, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of New York

In re    **Nader Andre, Inc.**                Case No. _____

                           Debtor(s)        Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Advanta Card**<br>**PO Box 8088**<br>**Philadelphia, PA 19101** | **Advanta Card**<br>**PO Box 8088**<br>**Philadelphia, PA 19101** | **Credit card purchases** | | **8,800.08** |
| **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **Credit card purchases** | | **46,998.40** |
| **Bank of America**<br>**PO Box 15025**<br>**Wilmington, DE 19886-5025** | **Bank of America**<br>**PO Box 15025**<br>**Wilmington, DE 19886-5025** | **Credit card purchases** | | **34,101.95** |
| **Bank of America Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **Bank of America Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **Credit card purchases** | | **5,000.00** |
| **Bank of America Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **Bank of America Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **Credit card purchases** | | **3,397.67** |
| **Chase**<br>**Cardnmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **Chase**<br>**Cardnmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **Credit card purchases** | | **14,884.10** |
| **Chase Business Loan**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Chase Business Loan**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Checking Account and Savings accounts: Chase Bank** | | **98,876.66**<br><br>**(1,012.80 secured)** |
| **Citizens Bank**<br>**833 Broadway**<br>**Albany, NY 12207** | **Citizens Bank**<br>**833 Broadway**<br>**Albany, NY 12207** | **Line of Credit** | | **50,000.00** |
| **First Niagara Bank**<br>**6950 S. Transit Road**<br>**P.O. Box 514**<br>**Lockport, NY 14095** | **First Niagara Bank**<br>**6950 S. Transit Road**<br>**P.O. Box 514**<br>**Lockport, NY 14095** | **Balance of lease payments due on Rochester restaurant equipment lease prior to lease rejection** | **Disputed** | **118,115.40** |

In re __Nader Andre, Inc.__                      Case No. _____

                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **First Niagara Bank**<br>**726 Exchange Street**<br>**Suite 900**<br>**Buffalo, NY 14210** | **First Niagara Bank**<br>**726 Exchange Street**<br>**Suite 900**<br>**Buffalo, NY 14210** | **Rochester Leased: Univex meat grinder, robo coup mixer, 7 stainless steel, tables, 1 3 bay sink, 1 vegtable sink, 1 hand sink, dishwasher, 6 burner s** | | **99,386.07**<br><br>**(40,000.00 secured)** |
| **First Niagara Bank**<br>**6950 S. Transit Road**<br>**P.O. Box 514**<br>**Lockport, NY 14095** | **First Niagara Bank**<br>**6950 S. Transit Road**<br>**P.O. Box 514**<br>**Lockport, NY 14095** | **Digital Dining System, Dell PC, Dell flat panel, 1 lexmark printer, 2 dell notebooks, 3 ELO 15' flatscreens, 4 epson printers, ONEAC power conditioner** | **Disputed** | **20,126.95**<br><br>**(10,000.00 secured)** |
| **FSI Acoustical Systems, Inc.**<br>**90 Goodway Drive**<br>**Rochester, NY 14623** | **FSI Acoustical Systems, Inc.**<br>**90 Goodway Drive**<br>**Rochester, NY 14623** | **Other-Mechanics Lien** | | **42,488.63** |
| **Functional Comm Syracuse**<br>**5900 South Salina Street**<br>**Syracuse, NY 13207** | **Functional Comm Syracuse**<br>**5900 South Salina Street**<br>**Syracuse, NY 13207** | **Other** | | **4,472.89** |
| **Great America Leasing Corporation**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | **Great America Leasing Corporation**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | **Remainder of lease payments due prior to lease rejection** | **Disputed** | **4,354.56** |
| **Keybank Commercial Loan Dept.**<br>**PO Box 94525**<br>**Cleveland, OH 44101-4525** | **Keybank Commercial Loan Dept.**<br>**PO Box 94525**<br>**Cleveland, OH 44101-4525** | **Line of Credit** | | **45,594.71** |
| **Muzak-Functional Comm-Syracuse**<br>**5900 South Salina Street**<br>**Syracuse, NY 13205** | **Muzak-Functional Comm-Syracuse**<br>**5900 South Salina Street**<br>**Syracuse, NY 13205** | **Survelliance System-This device crashed computer system** | **Disputed** | **4,703.25** |
| **Rochester Gas & Electric**<br>**89 East Avenue**<br>**Rochester, NY 14649** | **Rochester Gas & Electric**<br>**89 East Avenue**<br>**Rochester, NY 14649** | **Utility** | | **6,950.00** |
| **The Hanover Insurance Company**<br>**3 Golf Road, Suite 352**<br>**Hoffman Estates, IL 60169** | **The Hanover Insurance Company**<br>**3 Golf Road, Suite 352**<br>**Hoffman Estates, IL 60169** | **Insurance premium** | | **2,500.69** |
| **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Wells Fargo**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Line Of Credit** | | **54,882.46** |

In re    **Nader Andre, Inc.**                                    Case No. _____
_____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wiljeff, LLC**<br>**1265 Scottsville Road**<br>**Rochester, NY 14624** | **Wiljeff, LLC**<br>**1265 Scottsville Road**<br>**Rochester, NY 14624** | **Lease for restaurant location at Park Point, Rochester. Claim amount consists of pre-petition arrears and balance of rent for remainder of 10 year ter** | **Disputed** | **700,000.00** |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **August 14, 2010**                    Signature    **/s/ Nader A. Hatem**
_____                    **Nader A. Hatem**
                                               **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Northern District of New York

In re  **Nader Andre, Inc.**                                                                                      ,          Case No. _____

_____
                                          Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 110,660.97 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 218,389.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 1,152,294.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 110,660.97 | | |
| Total Liabilities | | | | 1,370,684.46 | |

.

# United States Bankruptcy Court
## Northern District of New York

In re   **Nader Andre, Inc.** _____,   Case No. _____

_____Debtor   Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Nader Andre, Inc.**                           ,     Case No. _____

                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

In re    **Nader Andre, Inc.**                        ,    Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand and expected credit card deposits** | - | 9,000.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: Bank of America** | - | 697.29 |
| | | | **Savings Account: Bank of America** | - | 23.86 |
| | | | **Checking Account and Savings accounts: Chase Bank** | - | 1,012.80 |
| | | | **Checking Account and Savings Account: Citizens Bank** | - | 377.02 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with Wil Jeeff, LLC (Rochester property lease)** | - | 6,200.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **17,310.97**
(Total of this page)

_3_ continuation sheets attached to the Schedule of Personal Property

In re  **Nader Andre, Inc.** _____,  Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > 0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Nader Andre, Inc.** _____, Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **New York State Alcohol beverage license** | **-** | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Digital Dining System, Dell PC, Dell flat panel, 1 lexmark printer, 2 dell notebooks, 3 ELO 15' flatscreens, 4 epson printers, ONEAC power conditioners** | **-** | **10,000.00** |
| | | **Rochester Leased: Univex meat grinder, robo coup mixer, 7 stainless steel, tables, 1 3 bay sink, 1 vegtable sink, 1 hand sink, dishwasher, 6 burner stove, convection oven, walk in cooler, walk in freezer, 3 terminal pos, beer cooler, 2 single door sandwich units, 1 6ft sandwich unit, 2 steam tables, 1 2 drawer cooler, 1 flat top grill, 1 chargill, 2 fryers, 1 single door table top freezer, 1 microwave, 24 tables, 2 high tables, 8 stools, 42 chairs, 11 booths, pizza oven, 3 hoods, 1 wait station cabinet, surveilance camera, cd player, 11 stainless steel shelves, host stand, long booth coach, 2 outdoor signs** | **-** | **40,000.00** |

Sub-Total >  **50,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Nader Andre, Inc.**                                              ,   Case No. _____

_____

                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Rochester Owned- 3 wire shelving units, 1 gallon blender, 1 ice machine, 1 reach in cooler, 14 morrocan light scones, 7 star lamps, plates, cups, pots & pans, 2 gyro machines, 4 stools, pictures, 4 tapestries, 1 garbage can** | - | 4,350.00 |
| | | **Fayetteville Location:  14 high stools, 2 high tables, 2 waitstation cabinets, 2 terminal pos system with backoffice computer, 3 camera survelience system, 2 garbage cans, 1 beer cooler, 1 dessert cooler, 1 ice machine, 10 booths, 1 sofa booth, 4 work tables, vacum, 2 gyro machines, microwave, 17 2 top tables, 18 4 top tables, 1 jackson upright dishwasher, 2 hand sinks, 1 3 bay sink, 1 water fountain, 1 meat grinder, 2 blenders, 1 buffalo chopper, 1 tomato dicer, 1 walkin cooler, 1 convection oven, 3 single door freezers, 2 chest freezers, 1 4 burner stove, 1 castle pizza oven, 1 char grill, 1 flat top grill, 2 fryers, 1 hot food steam table, 1 6ft sandwich cooler, 1 pizza prep unit, 1 single door counter top cooler, 1 2 door freezer, 1 12 foot hood, 1 4 foot hood, plates, cups, glasses, various kitchen utensils, 7 star lamps, 5 morocan lamps, stereo system, 1 outdoor sign, 5 tapestries, 10 pictures, misc. compact discs.** | - | 39,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 43,350.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 110,660.97 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Nader Andre, Inc.**                           Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **00450731147001** <br><br> **Chase Business Loan** <br> **PO Box 9001022** <br> **Louisville, KY 40290-1022** | | - | | **Security Interest-UCC** <br><br> **Checking Account and Savings accounts: Chase Bank** <br><br> Value $      **1,012.80** | | | | **98,876.66** | **97,863.86** |
| Account No. **200809296068965** <br><br> **First Niagara Bank** <br> **6950 S. Transit Road** <br> **P.O. Box 514** <br> **Lockport, NY 14095** | X | - | | **9/29/08** <br> **Security Interest-UCC** <br> **Digital Dining System, Dell PC, Dell flat panel, 1 lexmark printer, 2 dell notebooks, 3 ELO 15' flatscreens, 4 epson printers, ONEAC power conditioners** <br> Value $      **10,000.00** | | | X | **20,126.95** | **10,126.95** |
| Account No. **42212043** <br><br> **First Niagara Bank** <br> **726 Exchange Street** <br> **Suite 900** <br> **Buffalo, NY 14210** | | - | | **Security Interest-UCC** <br> **Rochester Leased:  Univex meat grinder, robo coup mixer, 7 stainless steel, tables, 1 3 bay sink, 1 vegtable sink, 1 hand sink, dishwasher, 6 burner stove, convection oven, walk in cooler, walk in freezer, 3 terminal pos, beer cooler, 2 sin** <br> Value $      **40,000.00** | | | | **99,386.07** | **59,386.07** |
| Account No. <br><br><br><br><br> | | | | <br><br> Value $ | | | | | |

   **0**    continuation sheets attached

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | **218,389.68** | **167,376.88** |
| | Total <br> (Report on Summary of Schedules) | **218,389.68** | **167,376.88** |

.

In re   **Nader Andre, Inc.**                              ,    Case No. _____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   0   </u>  continuation sheets attached

In re **Nader Andre, Inc.**              Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | |
| Account No. **5584-1897-0248-7111**<br><br>**Advanta Card**<br>**PO Box 8088**<br>**Philadelphia, PA 19101** | - | **Credit card purchases** | | | | | | **8,800.08** |
| Account No. **427304**<br><br>**Baker Commodities, Inc.**<br>**Rochester Division**<br>**2268 Browncroft Boulevard**<br>**Rochester, NY 14625** | - | **3/12/10**<br>**Grease trap service at Rochester location** | | | | | | **162.00** |
| Account No. **68271022683699**<br><br>**Bank of America**<br>**PO Box 15025**<br>**Wilmington, DE 19886-5025** | - | **Credit card purchases** | | | | | | **34,101.95** |
| Account No. **4192-0000-0032-3733**<br><br>**Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | - | **Credit card purchases** | | | | | | **46,998.40** |

  __4__ continuation sheets attached                               Subtotal (Total of this page)      **90,062.43**

In re **Nader Andre, Inc.** ,                    Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4170-0801-1449-8775** | | | Credit card purchases | | | | |
| **Bank of America Business Card PO Box 15710 Wilmington, DE 19886-5710** | - | | | | | | 3,397.67 |
| Account No. **4129000000323741** | | | Credit card purchases | | | | |
| **Bank of America Business Card PO Box 15710 Wilmington, DE 19886-5710** | - | | | | | | 5,000.00 |
| Account No. **5582-5086-2555-5831** | | | Credit card purchases | | | | |
| **Chase Cardnmember Service PO Box 15153 Wilmington, DE 19886-5153** | - | | | | | | 14,884.10 |
| Account No. **880000184160790101** | | | Line of Credit | | | | |
| **Citizens Bank 833 Broadway Albany, NY 12207** | - | | | | | | 50,000.00 |
| Account No. **kin810** | | | Dishwasher repair | | | | |
| **Duffys Food Equipment Service & Parts 3138 Oneida Street Sauquoit, NY 13456** | - | | | | | X | 1,734.14 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **75,015.91**

In re   **Nader Andre, Inc.**                          ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **42212043**<br><br>**First Niagara Bank**<br>**6950 S. Transit Road**<br>**P.O. Box 514**<br>**Lockport, NY 14095** | X | - | | | **7/23/08**<br>**Balance of lease payments due on Rochester restaurant equipment lease prior to lease rejection** | | | X | 118,115.40 |
| Account No.<br><br>**First Niagara Bank**<br>**6950 S. Transit Road**<br>**P.O. Box 514**<br>**Lockport, NY 14095** | | - | | | **Lease balance for POS system prior to lease rejection** | | | X | 0.00 |
| Account No. **58542474820801086**<br><br>**Frontier**<br>**1398. Woodland Blvd.**<br>**Deland, FL 32720-7731** | | - | | | **Other** | | | | 512.71 |
| Account No.<br><br>**FSI Acoustical Systems, Inc.**<br>**90 Goodway Drive**<br>**Rochester, NY 14623** | | - | | | **Other-Mechanics Lien** | | | | 42,488.63 |
| Account No. **334536**<br><br>**Functional Comm Syracuse**<br>**5900 South Salina Street**<br>**Syracuse, NY 13207** | | - | | | **Other** | | | | 4,472.89 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal<br>                                 (Total of this page)      **165,589.63**

In re __Nader Andre, Inc._____,    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 025-0482693-000 <br><br> **Great America Leasing Corporation** <br> **PO Box 660831** <br> **Dallas, TX 75266-0831** | | - | | | **10/08** <br> **Remainder of lease payments due prior to lease rejection** | | | X | 4,354.56 |
| Account No. 9012993699 <br><br> **Keybank Commercial Loan Dept.** <br> **PO Box 94525** <br> **Cleveland, OH 44101-4525** | X | - | | | **Line of Credit** | | | | 45,594.71 |
| Account No. 334536 <br><br> **Muzak-Functional Comm-Syracuse** <br> **5900 South Salina Street** <br> **Syracuse, NY 13205** | | - | | | **Survelliance System-This device crashed computer system** | | | X | 4,703.25 |
| Account No. 20019586336 <br><br> **Rochester Gas & Electric** <br> **89 East Avenue** <br> **Rochester, NY 14649** | | - | | | **Utility** | | | | 6,950.00 |
| Account No. 36949 <br><br> **Ryan Plumbing** <br> **11 Comfort Street** <br> **Rochester, NY 14620** | | - | | | **12/2009** <br> **Plumbing services at Rochester location** | | | | 603.83 |

Sheet no. __3___ of __4___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,206.35

In re __Nader Andre, Inc._____,                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **24935** <br><br> **Tarantino Foods** <br> **530 Bailey Avenue** <br> **Buffalo, NY 14206-3017** | | - | | | Trade debt - food supplies - Rochester location | | | | 1,302.28 |
| Account No. **ZB3762985** <br><br> **The Hanover Insurance Company** <br> **3 Golf Road, Suite 352** <br> **Hoffman Estates, IL 60169** | | - | | | Insurance premium | | | | 2,500.69 |
| Account No. **806023357522251** <br><br> **Waste Management of NY** <br> **1661 Mt. Read Blvd** <br> **Rochester, NY 14606** | | - | | | Other | | | X | 735.03 |
| Account No. **5586-6804-0005-8608** <br><br> **Wells Fargo** <br> **PO Box 6426** <br> **Carol Stream, IL 60197-6426** | | - | | | Line Of Credit | | | | 54,882.46 |
| Account No. **King David's** <br><br> **Wiljeff, LLC** <br> **1265 Scottsville Road** <br> **Rochester, NY 14624** | X | - | | | 10/22/07 <br> Lease for restaurant location at Park Point, Rochester. Claim amount consists of pre-petition arrears and balance of rent for remainder of 10 year term and prior to lease rejection | | | X | 700,000.00 |

Sheet no. __4___ of __4___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 759,420.46 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,152,294.78 |

In re   **Nader Andre, Inc.**              ,   Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cor Properties**<br>**540 Towne Drive**<br>**Fayetteville, NY 13066** | **Lease for Fayetteville store located at 317 Town Drive, Fayetteville, NY** |
| **First Niagara Bank**<br>**726 Exchange Street**<br>**Suite 900**<br>**Buffalo, NY 14210** | **Business lease equipment dated July 23, 2008 monthly payment of $3,028.60 terminates 8/15/2013. Lease # 422-12043** |
| **First Niagara Bank**<br>**726 Exchange Street**<br>**Suite 900**<br>**Buffalo, NY 14210** | **POS system at Rochester location, monthly lease payment 550.41, lease expires 7/29/2013. Lease # 422-12094.** |
| **Great America Leasing Corporation**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | **Equipment lease for security and music systems at Rochester location. Monthly lease payment is $213.84, and lease terminates on or around October 2011.** |
| **Wiljeff, LLC**<br>**1265 Scottsville Road**<br>**Rochester, NY 14624** | **Lease agreement for Rochester store at 200 Park Point Drive, Rochester, NY. Ten year lease** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Nader Andre, Inc.**                                ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nader Hatem**<br>**6 Drumlins Terrace**<br>**Syracuse, NY 13224** | **First Niagara Bank**<br>**6950 S. Transit Road**<br>**P.O. Box 514**<br>**Lockport, NY 14095** |
| **Nader Hatem**<br>**6 Drumlins Terrace**<br>**Syracuse, NY 13224** | **First Niagara Bank**<br>**6950 S. Transit Road**<br>**P.O. Box 514**<br>**Lockport, NY 14095** |
| **Nader Hatem**<br>**6 Drumlins Terrace**<br>**Syracuse, NY 13224** | **Keybank Commercial Loan Dept.**<br>**PO Box 94525**<br>**Cleveland, OH 44101-4525** |
| **Nader Hatem**<br>**6 Drumlins Terrace**<br>**Syracuse, NY 13224** | **Wiljeff, LLC**<br>**1265 Scottsville Road**<br>**Rochester, NY 14624** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of New York

In re  **Nader Andre, Inc.**

               Debtor(s)

Case No. _____

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **16**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 14, 2010**

Signature    **/s/ Nader A. Hatem**

                  **Nader A. Hatem**

                  **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of New York

In re    **Nader Andre, Inc.**             Case No. _____

                                      Debtor(s)          Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $807,772.31 | 2010 - gross income through 7/31/10 - $884,457.04- October 2009 to date (Fayetteville location: $689,878.31; Rochester location: $194,578.73) |
| $1,279,119.00 | 2009 - gross income of $1,279,119.00-October 2008- October 2009 (Fayetteville location: $804,251.00; Rochester location: $474,869.00) |
| $968,288.00 | 2008 - gross income of $968,288.00-October 2007-October 2008 (Fayetteville location: $844,796.00; Rochester location: $123,492.00) |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **First Niagara Bank**<br>PO Box 28<br>Buffalo, NY 14240-0028 | 5/18/10, 6/16/10, 6/30/10 | $7,158.02 | $99,386.07 |
| **Kopps Meat** | 5/31/10- 7/31/10 | $9,015.15 | $0.00 |
| **Maines Paper & Food**<br>101 Broome Corporate Parkway<br>Conklin, NY 13748 | 5/19/10-6/24/10 | $9,439.55 | $0.00 |
| **Samirs Foods**<br>811 East Genesee Street<br>Syracuse, NY 13210 | 5/17/10-7/26/10 | $14,977.25 | $0.00 |
| **NYS Dept. of Taxation & Finance**<br>Sales Tax Division- Bankruptcy<br>PO Box 5300<br>Albany, NY 12205 | 5/24/10-7/20/10 | $17,894.56 | $0.00 |
| **Angelo Produce**<br>2011 Church Road<br>Baldwinsville, NY 13027 | 5/31/10- 7/31/10 | $10,288.00 | $0.00 |
| **Cor Properties**<br>540 Towne Drive<br>Fayetteville, NY 13066 | 5/21/10, 6/22/10 | $10,000.00 | $0.00 |
| **Internal Revenue Service**<br>PO Box 21126<br>Philadelphia, PA 19114 | 5/19/10-7/15/10 | $13,600.18 | $0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Breadko Bakery**<br>**6476 Kestrel Road**<br>**Mississauga, ON** | **5/31/10-7/31/10** | **$6,383.00** | **$0.00** |
| **Citizens Bank**<br>**833 Broadway**<br>**Albany, NY 12207** | **5/25/10-7/26/10** | **$9,332.21** | **$48,789.30** |
| **National Grid f/k/a Niagara Mohawk**<br>**Attn: Bankruptcy Unit**<br>**300 Erie Blvd. West**<br>**Syracuse, NY 13202** | **5/17/10-7/9/10** | **$6,632.06** | **$0.00** |

None  ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None**
■　b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
□　List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **RIT**<br>**1 Lomb Memorial Drive**<br>**Rochester, NY 14623** | **None** | **9/13/10** | **$215.00 donation** |
| **Fayetteville Manlius High School**<br>**8201 East Seneca Turnpike**<br>**Manlius, NY 13104** | **None** | **3/9/10** | **$280.00 donation** |

### 8. Losses

**None**
■　List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
□　List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Edward J. Fintel & Associates**<br>**PO Box 6451**<br>**Syracuse, NY 13217-6451** | **3/5/10 - 3/12/10** | **$8,500.00, of which $1,039.00 is for court filing fee and $75.00 for UCC search** |

### 10. Other transfers

**None**
■　a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None **b.** List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Nader Andre, Inc.** | **16-1336599** | **317 Towne Drive Fayetteville, NY 13066** | **Restaurant** | **1988 - present** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
**David Anderson**
**1066 West Genesee Street**
**Syracuse, NY 13204**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME            ADDRESS            DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                     ADDRESS
**David Anderson**                                    **1066 West Genesee Street**
                                                  **Syracuse, NY 13204**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                              DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR          (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                  RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                NATURE OF INTEREST               PERCENTAGE OF INTEREST

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Nader Hatem**<br>**6 Drumlins Terrace**<br>**Syracuse, NY 13224** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 14, 2010**          Signature **/s/ Nader A. Hatem**

**Nader A. Hatem**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of New York

In re    **Nader Andre, Inc.**                     ,      Case No. _____

                                                  Debtor      Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nader Hatem**<br>**6 Drumlins Terrace**<br>**Syracuse, NY 13214** | **Common** | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ **August 14, 2010** _____       Signature _**/s/ Nader A. Hatem**_____

                                                             **Nader A. Hatem**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

_**0**_    continuation sheets attached to List of Equity Security Holders

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re   **Nader Andre, Inc.** ,
        **DBA King David's Restaurant; FDBA King David's Downtown**

Debtor

Case No.

Chapter  **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**16-1336599**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Edward J. Fintel, Esq. 506268**  , the attorney for the debtor/petitioner (or, if appropriate, the

debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix

has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear

on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed

herewith.

Dated:  **August 14, 2010**

                                       **/s/ Edward J. Fintel, Esq.**

                                       **Edward J. Fintel, Esq. 506268**
                                       Attorney for Debtor/Petitioner
                                       (Debtor(s)/Petitioner(s))

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com

Best Case Bankruptcy

Advanta Card
PO Box 8088
Philadelphia, PA 19101


Baker Commodities, Inc.
Rochester Division
2268 Browncroft Boulevard
Rochester, NY 14625


Bank of America
PO Box 15025
Wilmington, DE 19886-5025


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Bank of America Business
PO Box 15025
Wilmington, DE 19886-5025


Bank of America Business Card
PO Box 15710
Wilmington, DE 19886-5710


Chase
Cardnmember Service
PO Box 15153
Wilmington, DE 19886-5153


Chase Business Loan
PO Box 9001022
Louisville, KY 40290-1022


Citizens Bank
833 Broadway
Albany, NY 12207


Cor Properties
540 Towne Drive
Fayetteville, NY 13066


Duffys Food Equipment Service & Parts
3138 Oneida Street
Sauquoit, NY 13456

First Niagara Bank
6950 S. Transit Road
P.O. Box 514
Lockport, NY 14095


First Niagara Bank
726 Exchange Street
Suite 900
Buffalo, NY 14210


Frank O Casaceli, Esq.
16 East Main Street, Suite 300
Rochester, NY 14614


Frontier
1398. Woodland Blvd.
Deland, FL 32720-7731


FSI Acoustical Systems, Inc.
90 Goodway Drive
Rochester, NY 14623


Functional Comm Syracuse
5900 South Salina Street
Syracuse, NY 13207


Great America Leasing Corporation
PO Box 660831
Dallas, TX 75266-0831


Hanover Insurance
EFT Department
PO Box 15083
Worcester, MA 01615


JP Morgan Chase Bank
Lincoln Center LPO
One Lincoln Ctr 110 W Fayette
Syracuse, NY 13202


Keybank Commercial Loan Dept.
PO Box 94525
Cleveland, OH 44101-4525

Muzak-Functional Comm-Syracuse
5900 South Salina Street
Syracuse, NY 13205


Nader Hatem
6 Drumlins Terrace
Syracuse, NY 13224


RMS
4836 Bracksville Road
PO Box 509
Richfield, OH 44286


Rochester Gas & Electric
89 East Avenue
Rochester, NY 14649


Ryan Plumbing
11 Comfort Street
Rochester, NY 14620


Tarantino Foods
530 Bailey Avenue
Buffalo, NY 14206-3017


The Hanover Insurance Company
3 Golf Road, Suite 352
Hoffman Estates, IL 60169


The Law Offices of Phillip R. Sauer, LLC
3 Golf Road, Suite 352
Hoffman Estates, IL 60169


Waste Management of NY
1661 Mt. Read Blvd
Rochester, NY 14606


Wells Fargo
PO Box 6426
Carol Stream, IL 60197-6426


Wiljeff, LLC
1265 Scottsville Road
Rochester, NY 14624

Wilmorite Management Group, LLC
Attn: Legal Department
1265 Scottsville Road
Rochester, NY 14624

# United States Bankruptcy Court
## Northern District of New York

In re    **Nader Andre, Inc.**                Case No.

                       Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nader Andre, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 14, 2010** | **/s/ Edward J. Fintel, Esq.** |
| Date | **Edward J. Fintel, Esq. 506268** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Nader Andre, Inc.** |
| | **Edward J. Fintel & Associates** |
| | **PO Box 6451** |
| | **Syracuse, NY 13217-6451** |
| | **315-424-8252 Fax:315-424-7990** |
| | **ejfintel@aol.com** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

# United States Bankruptcy Court
## Northern District of New York

In re **Nader Andre, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ 1,889,202.30 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---|
| 2. Gross Monthly Income | $ 70,000.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 19,300.00 |
| 4. Payroll Taxes | 1,884.00 |
| 5. Unemployment Taxes | 689.00 |
| 6. Worker's Compensation | 290.00 |
| 7. Other Taxes | 5,600.00 |
| 8. Inventory Purchases (Including raw materials) | 26,000.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 5,000.00 |
| 11. Utilities | 2,200.00 |
| 12. Office Expenses and Supplies | 230.00 |
| 13. Repairs and Maintenance | 500.00 |
| 14. Vehicle Expenses | 1,500.00 |
| 15. Travel and Entertainment | 95.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 500.00 |
| 18. Insurance | 1,340.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 1,100.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Laundry** | **250.00** |
| **Uniforms** | **20.00** |
| **Interest** | **235.00** |
| **Credit Card Collection Fees** | **1,666.00** |
| **Advertising & Charitable Contribution** | **125.00** |

| | |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 68,524.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 1,476.00 |